

8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WEI SING GOH,<br><br>　　　　　　　　　Defendant. | Case No. '19 CR3515 AJB<br><br>**I N F O R M A T I O N**<br><br>Title 49, U.S.C., Section 46504 – Interference with Flight Crew Members and Attendants (Felony) |

The United States Attorney charges:

On August 13, 2019, within the special aircraft jurisdiction of the United States, defendant WEI SING GOH, by assaulting and intimidating a flight crew member and flight attendant of Japan Airlines Flight JL66, interfered with the performance of the duties of the member and attendant and lessened the ability of the member and attendant to perform those duties, in violation of Title 49, United States Code, Section 46504.

DATED: 9/12/19.

　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　JACLYN STAHL
　　　　　　　　　　　　　　Assistant U.S. Attorney

JBST: 9/11/2019